Filing # 249011212 E-Filed 05/27/2026 11:17:00 AM

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.    CASE STYLE**

IN THE CIRCUIT/COUNTY COURT OF THE <u>FOURTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>DUVAL</u>   COUNTY, FLORIDA

<u>Shadee Keturah</u>
Plaintiff                                                             Case # _____
                                                                          Judge   _____

vs.
<u>PNC Financial Services Group, Inc.</u>
 Defendant

---

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.    TYPE OF CASE**      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 05/28/2026 02:43:09 PM

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
　　　☐ Business governance
　　　☐ Business torts
　　　☐ Environmental/Toxic tort
　　　☐ Third party indemnification
　　　☐ Construction defect
　　　☐ Mass tort
　　　☐ Negligent security
　　　☐ Nursing home negligence
　　　☐ Premises liability—commercial
　　　☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
　　　☐ Commercial foreclosure
　　　☐ Homestead residential foreclosure
　　　☐ Non-homestead residential foreclosure
　　　☐ Other real property actions

☐Professional malpractice
　　　☐ Malpractice—business
　　　☐ Malpractice—medical
　　　☐ Malpractice—other professional
☒ Other
　　　☐ Antitrust/Trade regulation
　　　☐ Business transactions
　　　☐ Constitutional challenge—statute or ordinance
　　　☐ Constitutional challenge—proposed amendment
　　　☐ Corporate trusts
　　　☐ Discrimination—employment or other
　　　☐ Insurance claims
　　　☐ Intellectual property
　　　☐ Libel/Slander
　　　☐ Shareholder derivative action
　　　☐ Securities litigation
　　　☐ Trade secrets
　　　☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  <u>1</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☒ yes
    ☐ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Samuel Awad</u>        Fla. Bar # <u>1058426</u>
      Attorney or party             (Bar # if attorney)

<u>Samuel Awad</u>        <u>05/27/2026</u>
 (type or print name)        Date

16-2026-CA-003687-AXXX-MA Div: CV-A

Filing # 249011212 E-Filed 05/27/2026 11:17:00 AM

# IN THE CIRCUIT COURT OF THE 4TH JUDICIAL CIRCUIT
## IN AND FOR DUVAL COUNTY, FLORIDA

Case No.:

SHADEE KETURAH
*individually and on behalf of all*
*others similarly situated,*

      **Plaintiff,**

                                                      **CIVIL ACTION SUMMONS**

v.

PNC FINANCIAL SERVICES GROUP,
INC.,

      **Defendant.**

_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

PNC FINANCIAL SERVICES GROUP, INC.
C/O: Agent Authorized to Accept Service
300 Fifth Avenue
The Tower at PNC Plaza
Pittsburgh, PA 15222

     Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Jibrael. S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, PLLC, 1515 NE 26th Street Wilton Manors, Florida 33305, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on: _____05/28/2026_____

Jody Phillips
Clerk of the Court

By: _____
       As Deputy Clerk

PAGE | **1** of **2**

## **IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away.

If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## **IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).



# RECEIPT

5139619

## JODY PHILLIPS

CLERK OF THE CIRCUIT AND COUNTY COURTS

JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
05/28/2026 02:43

Page 1 of 1

| Receipt Number: 5139619 - Date 05/28/2026  Time 2:43:10PM | | | |
|---|---|---|---|
| **Received of:** | Melanie Vazquez<br>1515 NE 26th Street<br>1515 NE 26th Street<br>Wilton Manors, FL 33305 | | |
| **Cashier Name:** | EFile | **Balance Owed:** | 411.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 411.00 |
| **Receipt ID:** | 8570818 | **Remaining Balance:** | 0.00 |
| **Division:** | CV-A(Circuit Court) | | |

| Case# 16-2026-CA-003687-AXXX-MA -- KETURAH, SHADEE | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFILING | 19157263 | **411.00** |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

## The clerk of courts is here to help you.

| | |
|---|---|
| **We can be found online at:** | **WWW.DUVALCLERK.GOV** |
| **The main courthouse Location is:** | **Clerk of the Circuit and County Courts**<br>**Duval County, Florida**<br>501 West Adams Street<br>Jacksonville, Florida 32202 |
| **The main telephone number is:** | 904-255-2000 |
| **Other Locations:** | **Neptune Beach Courthouse Annex**<br>1543 Atlantic Blvd<br>Neptune Beach, Florida 32266 |

Filing # 249644742 E-Filed 06/04/2026 12:45:33 PM

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NUMBER: 16-2026-CA-003687-AXXX-MA
DIVISION: CV-A

SHADEE   KETURAH,
   Plaintiff,

-vs-

PNC FINANCIAL SERVICES GROUP, INC.,
   Defendant.

_____

## CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MANAGEMENT DEADLINES

In accordance with Rule 1.200, Florida Rules of Civil Procedure, it is,

**ORDERED** as follows:

**1.    CASE MANAGEMENT TRACK DESIGNATION**

Based on initial information provided on the Civil Case Cover Sheet and consideration of the Complaint, this case is assigned to the general case management track.

Changes in track designation may be made in accordance with Rule 1.200(c).

**2.    PROJECTED TRIAL DATE**

The Plaintiff has demanded a jury trial.

The projected jury trial term begins **November 15, 2027.**

The projected pretrial date is **November 3, 2027 at 9:30 a.m.**

**3.    PROJECTED TRIAL DURATION**

The projected time allocated for the trial is 5 days.

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 06/04/2026 04:57:13 PM

4.    PROJECTED PRE-TRIAL DEADLINES

| | |
|---|---|
| **a.**  Service of Complaint | *See* Fla. R. Civ. P. Rule 1.070 |
| **b.**  Service Under Extensions | *See* Fla. R. Civ. P. Rule 1.070 |
| **c.**  Adding New Parties | 120 days after service of the Complaint |
| **d.**  Filing and Resolution of all Objections to Pleadings | 90 days after service of the Complaint |
| **e.**  Expert Witness Disclosure | Plaintiff: 150 days before pre-trial conference; Defendant: 120 days before pre-trial conference |
| **f.**  Completion of Fact Discovery | by pre-trial conference |
| **g.**  Completion of Expert Discovery | by pre-trial conference |
| **h.**  Filing and Service of Motions for Summary Judgment | 60 days prior to the pre-trial conference |
| **i.**  Filing and Resolution of all Pretrial Motions (including summary judgment motions) | by pre-trial conference |
| **j.**  Completion of Alternative Dispute Resolution | 14 days before pre-trial conference |

_____

**The deadlines established by this order will be strictly enforced unless changed by court order.**

5.    **CASE MANAGEMENT CONFERENCE FOLLOWING THE SETTING OF THE PROJECTED TRIAL DATE**

A Case Management Conference ("CMC") pursuant to Rule 1.200(j), Fla. R. Civ. P. will be convened on **November 4, 2026, at 9:30 a.m. in person** at the Duval County Courthouse, 501 West Adams Street, **Hearing Room 743**, Jacksonville, Florida.

The purpose of this Case Management Conference is to provide the parties or their counsel an opportunity to be heard prior to the Court setting the actual trial period, pretrial conference, and pretrial deadlines.

Accordingly, no later than **7 days prior** to this CMC, the parties or their counsel shall, in a meeting initiated by Plaintiff(s) or their counsel if represented, confer with each other regarding the particular case management needs of the case, including but not limited to:

a.    whether the parties adopt the projected trial date/duration set forth above; or

b.    whether the parties agree that a different actual trial date/duration should govern this case; and

c.    whether the CMC should be cancelled because the parties have submitted a Trial Set Memorandum as set forth below.

**The parties may** <u>avoid this CMC</u> **by filing and submitting to the Court's Judicial Assistant a** <u>completed Division CV-A Trial Set Memorandum no later than 14 days prior</u> **to the date of this CMC advising the Court whether the parties adopt the projected  trial date/duration set forth above OR whether the parties agree that a different actual trial date/duration consistent with the time standards set forth in Fla. Gen. Prac. and J. Admin. Rule 2.250) should govern this case.** If the trial set memorandum is timely submitted, the Court will, upon request, cancel this CMC. Unless the Court cancels the CMC, the CMC shall proceed.

Upon the failure of a party, or their counsel if represented, to attend this CMC or to submit a completed Trial Set Memorandum, the Court may set an actual trial date, dismiss the action, strike pleadings, limit proof or witnesses, or take any other appropriate action against a party failing to attend. Fla. R. Civ. P. Rules 1.200(j)(6) and 1.420(b).

**6.    ORDER SETTING ACTUAL TRIAL DATE**

Following either the CMC or the receipt of a Trial Set Memorandum from the parties, each Division will enter a superseding order setting an actual trial date within the time standards prescribed by Florida Rule of General Practice and Judicial Administration 2.550, along with deadlines and requirements of counsel pursuant to Florida Rules of Civil Procedure 1.200 and 1.440.

**7.    MOTIONS OR OBJECTIONS DIRECTED TO PLEADINGS**

Within 60 days of filing a Motion to Dismiss, a Motion for More Definite Statement, a Motion to Strike or any objection to a pleading, the moving or objecting party shall schedule with the Court's Judicial Assistant a hearing on the motion or objection.  Failure to do so shall result in the motion or objection being deemed abandoned and denied. The nonmoving party shall promptly submit a proposed order confirming that the motion or objection is denied.

**8.    SERVICE OF THIS ORDER**

The Plaintiff shall serve a copy of this Case Management Order on all other parties to this action and shall file a Certificate of Service reflecting the date on which the party was served.

**DONE AND ORDERED** in Chambers at Jacksonville, Duval County, Florida, this Thursday, June 4, 2026.

Waddell A. Wallace, III
Circuit Judge

-2026-CA-003687-AXXX-MA 06/04/2026 12:45:14 F

Lynnette Cahill, Program Coordinator - Case Manac
16-2026-CA-003687-AXXX-MA 06/04/2026 12:45:14 PM

Copies:

Samuel Joseph Awad
samuel@jibraellaw.com
melanie@jibraellaw.com
eric@jibraellaw.com