**Case 16-2026-CA-003687-AXXX-MA**

| Department | Circuit Civil | Division | CV-A |
|---|---|---|---|
| Case Status | OPEN | File Date | 5/27/2026 |
| Judge Name | WALLACE, III, WADDELL A. | Officer | |
| Private Attorney | Awad, Samuel Joseph | | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| SHADEE KETURAH | PLAINTIFF<br>/ | 1515 NE 26TH STREET<br>WILTON MANORS, FL33305 |
| PNC FINANCIAL SERVICES GROUP, INC. | DEFENDANT<br>/ B | 300 FIFTH AVENUE<br>PITTSBURGH, PA15222 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Awad, Samuel Joseph<br>Private Attorney (1058426) | 1515 NE 26th St<br>Wilton Manors, FL33305-1323 | SHADEE KETURAH (PLAINTIFF) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 05/28/2026 | SUMMONS($10/ea) 07/01/2023 (Circuit) | $10.00 | $10.00 | $0.00 |
| 05/28/2026 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

Docket Commands - **e-Certify (Purchase)**

| Line /<br>Document | Count | Effective<br>Entered | Description | Pages | Image | e-<br>Certify<br>/ Select |
|---|---|---|---|---|---|---|
| 1 | -- | 5/27/2026<br>5/28/2026 | OTHER CIRCUIT CIVIL - OTHER | | | |
| 2<br>D2 | -- | 5/27/2026<br>5/28/2026 | COVER SHEET | 3 | **Available**<br>VOR, Ready to view | ☐ |
| 3<br>D3 | -- | 5/27/2026<br>5/28/2026 | COMPLAINT (CLASS ACTION) | 9 | **Available**<br>VOR, Ready to view | ☐ |
| 4<br>D4 | -- | 5/27/2026<br>5/28/2026 | SUMMONS ISSUED PNC FINANCIAL SERVICES GROUP, INC. (DEFENDANT) | 2 | **Available**<br>VOR, Ready to view | ☐ |
| 5<br>D5 | -- | 5/28/2026<br>5/28/2026 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 5139619 | 1 | **Available**<br>Public access | ☐ |
| 6<br>D6 | -- | 6/4/2026<br>6/4/2026 | CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MANAGEMENT DEADLINES - SET FOR 11/4/26 @ 9:30 HR 743 | 5 | **Available**<br>VOR, Ready to view | ☐ |

Docket Commands - **e-Certify (Purchase)**